IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWIGHT A. STATEN,

    Plaintiff,                       No. CIV S-04-0520 GEB PAN P

    vs.

EDWARD ALAMEDIA, Jr., et al.,

    Defendants.                ORDER

           On March 31, 2006, plaintiff filed a motion for relief from judgment.

           The court granted plaintiff relief from judgment March 23, 2005, but judgment was not vacated.

           Accordingly, IT IS HEREBY ORDERED that:

           1. Plaintiff's March 31, 2006, motion is denied as moot;

           2. The Clerk of the Court is directed to vacate judgment pursuant to the March 23, 2005 order.

DATED: May 23, 2006.

                                                 UNITED STATES MAGISTRATE JUDGE

\004
\stat0520.deny motion as moot